FILED
CLERK, U.S. DISTRICT COURT

JAN - 9 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> OSCAR ALBERTO DE LA ROSA <br> Defendant. | Case No.: 17-36 M <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Southern Dist, CA_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of allegation - absconding_

```
                                                                    
                                                                    
                                                                    
        and/or
B.   ( )  The defendant has not met his/her burden of establishing by
     clear and convincing evidence that he/she is not likely to pose
     a danger to the safety of any other person or the community if
     released under 18 U.S.C. § 3142(b) or (c).  This finding is based
     on:                                                             
                                                                    
                                                                    
                                                                    
```

   IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

   Dated: __1/9/17__

                                                 _[signature]_
                                              UNITES STATES MAGISTRATE JUDGE
                                                    PAUL L. ABRAMS